**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>Richard A. Siltz<br>& Marcia L. Siltz,<br><br>　　　　　　　Debtors | Chapter 13<br>Case No. 17-20630 |

## ORDER GRANTING FEE APPLICATION IN PART

Jeffrey P. White and Associates, P.C., filed the First and Final Fee Application [Dkt. No. 73] (the "Fee Application"). Notice of the hearing to consider the Fee Application was provided in accordance with the applicable provisions of the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and this Court's Local Rules. The debtors filed a timely objection [Dkt No. 76]. At a hearing on October 24, 2019, the Court granted the debtors time to supplement their objection and granted the trustee additional time to object. *See* [Dkt. No. 78]. The debtors later withdrew their objection [Dkt. No. 79], and the trustee filed his own timely objection [Dkt. No. 81]. The trustee then amended his objection [Dkt. No. 83], the applicant filed a reply [Dkt. No. 85], and the Court conducted a further hearing on December 12, 2019. After considering the parties' remarks and independently reviewing the Fee Application and the docket in this case, the Court GRANTS THE APPLICATION IN PART on the following terms:

Jeffrey P. White and Associates, P.C. is awarded $6,537.00 as reasonable compensation for actual, necessary services rendered between November 20, 2017 and October 12, 2018, and $473.04 as reimbursement for actual, necessary expenses, for a total award of $7,010.04. This award is made under 11 U.S.C. § 330(a)(4)(B) and, to the extent applicable, 11 U.S.C. § 329.

This award reflects the reductions totaling $216.00 recommended by the trustee and agreed to by the applicant.  This order disallows compensation of $30.00 for the task of reviewing the order extending the stay, performed by the applicant on December 17, 2017, because that same task was previously performed and billed by the applicant on December 12, 2017.  *See* 11 U.S.C. § 330(a)(4)(A)(i) (providing that "the court shall not allow compensation for . . . unnecessary duplication of services").  This order also reduces the amount of compensation awarded for the task of drafting a notice of hearing and a proposed order, performed by the applicant on February 1, 2018.  The billing detail attached to the fee application indicates that the applicant spent 0.40 hours on this task.  But the notice of hearing and proposed order filed on February 1, 2018 are forms that cannot have reasonably taken 0.40 hours to complete.  *See* [Dkt. No. 33].  The Court awards compensation for this task in the amount of $60.00 (0.20 hours at the rate of $300.00 per hour), disallowing compensation in the amount of $60.00 (0.20 hours at the rate of $300.00 per hour).  The Court appreciates the input of the trustee in this matter but overrules the remainder of the trustee's objection in the circumstances of this case.

Dated:  December 13, 2019

Michael A. Fagone
United States Bankruptcy Judge
District of Maine